78 A.3d 1058

REPUBLIC WESTERN INSURANCE COMPANY, Objector

v.

RELIANCE INSURANCE COMPANY IN LIQUIDATION
(Ancillary Matter to in Re: Reliance Insurance
Company in Liquidation, No. 1 Rel 2001).

Appeal of Republic Western Insurance Company, Objector.

Supreme Court of Pennsylvania.

Oct. 30, 2013.

## ORDER

PER CURIAM.

**AND NOW,** this 30th day of October, 2013, the order of the Commonwealth Court is **AFFIRMED.** Appellant's request for leave to present oral argument is **DENIED.**